# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawna Shields,<br><br>          Plaintiff,<br><br>v.<br><br>Sonora Quest Laboratories LLC, et al.,<br><br>          Defendants. | **NO. CV-15-00723-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 29, 2017, which granted the Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

March 29, 2017

                                        s/ Kenneth G. Miller
                                By      Deputy Clerk